Andrea E. Celli
Chapter 13 Standing Trustee

To:  Douglas L Beyer                                                          Case No. 13-10411
     Robin S. Beyer
     P.O. Box 793
     Millerton, NY  12546

     RICHARD CROAK & ASSOC.
     314 GREAT OAKS BLVD
     ALBANY, NY  12203
     Via Electronic Service

## NOTICE OF CLAIMS FILED

The following is a list of all claims filed by creditors in the above referenced Chapter 13 Bankruptcy Case.  A copy of this report has been sent to the Debtor and the Debtor's attorney.

Pursuant to 11 U.S.C. 502(a), the claims are deemed allowed and payment will be remitted to each creditor based on the filed claim amounts unless within 45 days of this Notice, the Debtor or their attorney files a written Objection with the Court AND provides a copy of the objection to the Trustee. All Objections must be in writing and in compliance with Bankruptcy Rule 9014 which requires NOTICE OF MOTION and Motion Objecting to the Claim.

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| RICHARD CROAK & ASSOC. | ATTORNEY FEE | 3,500.00 | 0.00 |
| AMERICAN ADJUSTMENT BUREAU 4458 | UNSECURED | 0.00 | 0.00 |
| PATRIOT RESORTS 1797 | UNSECURED/REPOSSESS | 0.00 | 0.00 |
| PATRIOT RESORTS 1797 | UNSECURED | 0.00 | 0.00 |
| PATRIOT RESORTS 6366 | UNSECURED/REPOSSESS | 0.00 | 0.00 |
| PATRIOT RESORTS 6366 | UNSECURED | 0.00 | 0.00 |
| AMERICAN ADJUSTMENT BUREAU 5381 | UNSECURED | 0.00 | 0.00 |
| AMERICAN ADJUSTMENT BUREAU 6046 | UNSECURED | 0.00 | 0.00 |
| AMERICAN ADJUSTMENT BUREAU 7980 | UNSECURED | 0.00 | 0.00 |

| Name/Acct. No. | Type | Claim Amount | Interest Rate |
|---|---|---|---|
| CHARLOTTE HUNGERFORD HOSPITAL 0342 | UNSECURED | 0.00 | 0.00 |
| COLUMBIA MEMORIAL HOSPITAL 7636 | UNSECURED | 0.00 | 0.00 |
| DAILY MANAGEMENT, INC 809E | UNSECURED | 0.00 | 0.00 |
| IMAGING RADIOLOGY ASSOC 6013 | UNSECURED | 0.00 | 0.00 |
| BANK OF MILLBROOK 6957 | MORTGAGE CLAIM | 0.00 | 0.00 |
| PATRIOTS RESORTS CORP 1797 | UNSECURED | 0.00 | 0.00 |
| SHARON EMERGENCY MEDICINE, PC 6937 | UNSECURED | 0.00 | 0.00 |
| SHARON EMERGENCY MEDICINE, PC 2174 | UNSECURED | 0.00 | 0.00 |
| SHARON EMERGENCY MEDICINE, PC 4504 | UNSECURED | 0.00 | 0.00 |
| SHARON HOSPITAL | UNSECURED | 0.00 | 0.00 |
| VASSAR BROTHERS MEDICAL CENTER 6282 | UNSECURED | 0.00 | 0.00 |

TOTALS

Total Priority:     $0.00

Total Secured:     $0.00

Total Unsecured:     $0.00                    Toal Claims Filed     $0.00

SUMMARY OF PLAN TERMS

Debtor's plan payments     $215.00/ monthly for 48 months

Minimum amounts required for plan completion:

| | |
|---|---|
| Minimum percentage for unsecured creditors | 5.00% |
| Disposable Income: | $- |
| Liquidation: | $6,000.00 |

Date: 02/19/2014         Signed:   /s/ Katie Stover

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Douglas L Beyer | **AFFIDAVIT OF SERVICE** |
| Robin S. Beyer | Case No.: 13-10411 |
| Debtors | |

KATIE STOVER, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF **NOTICE OF CLAIMS FILED** DATED FEBRUARY 19, 2014 ON THE FOLLOWING MANNERS: ON FEBRUARY 19, 2014.

**VIA ELECTRONIC FILING:**

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

RICHARD CROAK & ASSOC.
314 GREAT OAKS BLVD
ALBANY, NY  12203

**VIA REGULAR U.S. MAIL**

Douglas L Beyer
Robin S. Beyer
P.O. Box 793
Millerton, NY  12546

BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.

/s/ KATIE STOVER
KATIE STOVER

Sworn before me this
19th day of February, 2014

/s/ Cheryl Corning
Reg. # 01C06024424
Notary Public - State of NY
Qualified in Rensselaer County
My Comission Expires 05/10/2015